391 A.2d 682

Commonwealth v. Gardner, Appellant.

Submitted December 6, 1976. John Myers, Assistant Defender, and Benjamin Lerner, Defender, for appellant; Robert B. Lawler, Assistant District Attorney, and Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.